# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE BROWN, | ) |
| | ) Civil Action No. 10 - 682 |
| Petitioner, | ) |
| | ) |
| v. | ) District Judge Donetta W. Ambrose |
| | ) |
| SUPT. JOSEPH MAZURKIEWICZ; | ) |
| DISTRICT ATTORNEY FOR BEAVER | ) |
| COUNTY; and the ATTORNEY | ) |
| GENERAL FOR THE STATE OF | ) |
| PENNSYLVANIA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

On May 19, 2010, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on January 11, 2012 (ECF No. 26) recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. On March 5, 2012, Petitioner filed Objections to the Report and Recommendation (ECF No. 29). Petitioner's objections do not undermine the recommendation of the magistrate judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 19th day of March, 2012:

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is **DENIED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 26) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case **CLOSED**.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States District Judge

Jamie Brown
FA8179
SCI Forest
P.O. Box 945
Marienville, PA 16239-0307